# MEMORANDUM DECISIONS.

L. J. Campbell and N. B. Wheeler, Plaintiffs in Error, v. Fannie L. Taylor, Defendant in Error.

(Supreme Court of Florida, Division B, April 12, 1905.)

Writ of Error to Circuit Court, Duval county; Rhydon M. Call, Judge.

*M. C. Jordan,* for Plaintiffs in Error.

*John L. Doggett,* for Defendant in Error.

This action was brought by the defendant in error against the plaintiffs in error. There was judgment for the plaintiff and the defendants take writ of error. The judgment is affirmed.

Decision Per Curiam.